PROB 12C
(6/16)

Report Date: March 27, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 27, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Margaret Joyce Zepeda-Peone         Case Number: 0980 2:20CR00065-TOR-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Cusick, Washington 99119

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 31, 2021

| | |
|---|---|
| Original Offense: | Arson in Indian Country, 18 U.S.C. §§ 81, 1153 |
| Original Sentence: | Prison - 18 months; TSR - 60 months |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard R. Barker |
| | Date Supervision Commenced: August 23, 2021 |
| Defense Attorney: | Amy H. Rubin |
| | Date Supervision Expires: August 22, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On August 31, 2021, an officer reviewed the judgment with the offender. Ms. Zepeda-Peone signed the judgment acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---
1 | **Standard Condition #5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
 | **Supporting Evidence**: It is alleged Ms. Zepeda-Peone is in violation of her conditions of supervised release by failing to notify the U.S. Probation Office of a change in residence since February 1, 2023.
 | On March 24, 2023, the undersigned officer conducted an unannounced home contact at People's Place, Ms. Zepeda-Peone's address of record. Staff at People's Place informed the undersigned officer that Ms. Zepeda-Peone was no longer a resident and her placement was terminated on February 1, 2023. Ms. Zepeda-Peone has not contacted the undersigned officer to report a change in address and her whereabouts are unknown. It appears she has absconded from supervision.

Prob12C
Re: Zepeda-Peone, Margaret Joyce
March 27, 2023
Page 2

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   March 27, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge
March 27, 2023
Date