PROB 12C
(6/16)

Report Date:  March 30, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 30, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Margaret Joyce Zepeda-Peone          Case Number: 0980 2:20CR00065-TOR-1

Address of Offender: ███████████, Cusick, Washington 99119

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 31, 2021

| | | |
|---|---|---|
| Original Offense: | Arson in Indian Country, 18 U.S.C. §§ 81, 1153 | |
| Original Sentence: | Prison - 18 months;<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Richard Barker | Date Supervision Commenced: August 23, 2021 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: August 22, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 03/27/2023.

On August 31, 2021, an officer reviewed the judgment with the offender. Ms. Zepeda-Peone signed the judgment acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Standard Condition #3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer. |

**Supporting Evidence**: It is alleged that Ms. Zepeda-Peone is in violation of her conditions of supervision for traveling to the District of Montana, on or around March 28, 2023.

On March 29, 2023, the undersigned officer was notified by staff in the District of Montana that Ms. Zepeda-Peone had been arrested in their district on March 28, 2023, on the probation warrant issued by Your Honor the day prior. She made her initial court appearance on March 29, 2023, and she remains in the custody of the U.S. Marshals Service.  Ms. Zepeda-Peone did not have permission to travel to the district of Montana.

Prob12C
**Re: Zepeda-Peone, Margaret Joyce**
**March 30, 2023**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    March 30, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Thomas O. Rice
United States District Judge

March 31, 2023

Date