PROB 12C
(6/16)

Report Date: July 27, 2023

## United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 27, 2023

SEAN F. McAVOY, CLERK

for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Margaret Joyce Zepeda-Peone | Case Number: 0980 2:20CR00065-TOR-1 |
| Address of Offender: ███████████ Cusick, Washington 99119 | |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 31, 2021

| | | | |
|---|---|---|---|
| Original Offense: | Arson in Indian Country, 18 U.S.C. §§ 81, 1153 | | |
| Original Sentence: | Prison - 18 months;<br>TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Molly Smith | Date Supervision Commenced: July 14, 2023 | |
| Defense Attorney: | Andrea K. George | Date Supervision Expires: March 13, 2026 | |

### PETITIONING THE COURT

To issue a warrant.

On August 31, 2021, an officer reviewed the judgment with the offender. Ms. Zepeda-Peone signed the judgment acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 6**: You must undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare upon further order of the court. You must contribute to the cost of treatment according to your ability to pay. You must allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>In addition, per the judgement and sentence filed on July 13, 2023, page 2, Ms. Zepeda-Peone is to be released to inpatient treatment.<br><br>**Supporting Evidence**: It is alleged Ms. Zepeda-Peone is in violation of her conditions of supervised release by being unsuccessfully discharged from inpatient treatment at American Behavioral Health Services (ABHS), on or around July 26, 2023.<br><br>On July 26, 2023, the undersigned officer received a phone call from staff at ABHS informing the undersigned that Ms. Zepeda-Peone was being unsuccessfully discharged from |

Prob12C
**Re: Zepeda-Peone, Margaret Joyce**
**July 27, 2023**
**Page 2**

inpatient treatment. Staff indicated that she was not amenable to the inpatient treatment program and was refusing the program.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 27, 2023

s/Corey M. McCain

Corey M McCain
U.S. Probation Officer

### THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

July 27, 2023
Date