PROB 12C
(6/16)

Report Date: September 20, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 20, 2023

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Margaret Joyce Zepeda-Peone          Case Number: 0980 2:20CR00065-TOR-1

Address of Offender: Unknown

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 31, 2021

| | | |
|---|---|---|
| Original Offense: | Arson in Indian Country, 18 U.S.C. § 81, 1153 | |
| Original Sentence: | Prison - 18 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation sentence 07/13/2023: | Prison -107 days<br>TSR - 32 months | |
| Revocation sentence: 08/30/2023 | Prison - 36 days<br>TSR - 31 months | |
| Asst. U.S. Attorney: | Molly Smith | Date Supervision Commenced: August 31, 2023 |
| Defense Attorney: | Carter Liam Power-Beggs | Date Supervision Expires: March 30, 2026 |

## PETITIONING THE COURT

To issue a warrant.

On September 5, 2023, an officer reviewed the judgment with the offender. Ms. Zepeda-Peone signed the judgment acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 2**: You must reside in a residential reentry center (RRC) for a period up to 180 days at the direction of the supervising officer. Your participation in the programs offered by the RRC is limited to employment, education, treatment, and religious services at the direction of the supervising officer. The defendant shall abide by the rules and requirements of the facility.<br><br>**Supporting Evidence**: It is alleged that Ms. Zepeda-Peone violated the conditions of her release as she was unsuccessfully discharged from the RRC on or about September 19, 2023. |

Prob12C
**Re: Zepeda-Peone, Margaret Joyce**
**September 20, 2023**
**Page 2**

> On September 16, 2023, the RRC assistant director contacted U.S. Probation to report concerning messages submitted by Ms. Zepeda-Peone to RRC staff which indicated her hostility toward female RRC staff. Furthermore the assistant director stated the RRC does not appear to be an appropriate facility for Ms. Zepeda-Peone due to mental health concerns. A U.S. probation officer responded to the RRC assistant director and requested that Ms. Zepeda-Peone report to the U.S. Probation Office on September 18, 2023, and should RRC staff feel there is an imminent threat, they may discharge her prior to this.
>
> On September 18, 2023, RRC staff informed U.S. Probation that Ms. Zepeda-Peone was in fact being unsuccessfully discharged due to her mental stability and "implied" threats against female staff.

2   **Standard Condition # 5**: You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 calendar days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.

3   **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

> **Supporting Evidence**: It is alleged that Ms. Zepeda-Peone violated the conditions of her supervised release by failing to report a change in her living arrangements and by failing to report to U.S. Probation as instructed on September 18, 2023.
>
> On September 18, 2023, Ms. Zepeda-Peone reported to the U.S. Probation Office as instructed at approximately 8:30 a.m. Due to a misunderstanding, Ms. Zepeda-Peone was informed that she may depart the U.S. Probation Office after she submitted a negative urinalysis. Ms. Zepeda-Peone does not have a cellular phone so shortly after Ms. Zepeda-Peone departed the U.S. Probation Office the undersigned contacted the RRC and informed RRC staff that she will need to report directly back to the U.S. Probation Office as it was ascertained she was being unsuccessfully discharged from the RRC. Ms. Zepeda-Peone failed to report back to U.S. Probation Office on September 18, 2023, after she was informed she was unsuccessfully discharged from the RRC and she furthermore has failed to report a change in her living arrangements as of this writing. The undersigned confirmed with RRC staff that she was in fact directed to report back to the U.S. Probation Office on September 18, 2023, after her discharge. Ms. Zepeda-Peone's current whereabouts are unknown and she appears to be evading supervision.

Prob12C
**Re: Zepeda-Peone, Margaret Joyce**
**September 20, 2023**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   09/20/2023

s/Jonathan C. Bot

Jonathan C. Bot
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

Thomas O. Rice
United States District Judge

 September 20, 2023
Date

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WASHINGTON
### PROBATION OFFICE

**MATTHEW L. THOMPSON**
CHIEF PROBATION OFFICER
U.S. COURTHOUSE
920 W Riverside, Room 540
PO BOX 306
SPOKANE, WA  99210-0306
(509) 742-6300 / fax (509) 742-6339

September 20, 2023

**BRANCH OFFICES**
FEDERAL BUILDING
25 S. 3rd Street, Room 326
PO BOX 1791
YAKIMA, WA  98907-1791
(509) 574-5535 / fax (509) 574-5539

FEDERAL BUILDING
825 Jadwin Ave, Suite 170
RICHLAND, WA  99352-0446
(509) 943-8130 / fax (509) 943-8139

REPLY TO    Spokane

The Honorable Thomas O. Rice,
U.S. District Judge
Thomas S. Foley U.S. Courthouse
P.O. Box 1493
Spokane, Washington 99201



**RE: Zepeda-Peone, Margaret Joyce**
Custody Status: Absconder
**Dkt. No. 0980 2:20CR00065-001**
<u>**Violation Report #1**</u>

Dear Judge Rice:

Attached for the Court's review is a petition for action on the above-captioned offender. The circumstances of the alleged noncompliant behavior are reported therein.

**<u>Compliance with Supervision Conditions</u>:**

As the Court may recall, Ms. Zepeda-Peone was before the Court on July 13, 2023, for the purpose of a supervised release revocation hearing. Her supervised release was revoked and she was placed back on supervision for an additional 32 months. In addition, she was scheduled to enter inpatient treatment on July 14, 2023, at American Behavioral Health Services (ABHS). On July 14, 2023, Ms. Zepeda-Peone entered into inpatient treatment. It was hopeful she would engage in counseling offered at ABHS; however, she refused to program and was not amenable to treatment. Staff advised that her mental health was a barrier causing her to have outbursts, disrespectful behavior, and her inability to focus on treatment. Ms. Zepeda-Peone left many voice mails for her assigned probation officer and wrote letters to ABHS staff expressing her displeasure of being there, stating that she needs "one-on-one mental health counseling." Her behavior at ABHS continued to escalate to where she began to have impulsive outbursts about situations from the past. Unfortunately, Ms. Zepeda-Peone became a distraction and she was unsuccessfully discharged. A violation report was filed on July 27, 2023. Consequently, a warrant was issued for her arrest. She was arrested that same day at ABHS.

Re: Zepeda-Peone, Margaret Joyce
September 20, 2023
Page 2

On August 30, 2023, Ms. Zepeda-Peone last appeared before Your Honor for the purpose of a supervised release revocation hearing and it was this time she was sentenced to 36 days imprisonment followed by a 31-month term of supervised release. Furthermore, Ms. Zepeda-Peone was released from custody on August 31, 2023, and reported directly to the residential reentry center (RRC). As noted in the attached petition, Ms. Zepeda-Peone was unsuccessfully discharged from the RRC on September 18, 2023, in which she appeared to exhibit similar behavior and conduct which led to her being discharged from ABHS. Unfortunately, after being discharged from the RRC, Ms. Zepeda-Peone failed to report to U.S. Probation as directed and her current whereabouts and living situation are unknown. Given the information noted herein an arrest warrant is respectfully requested at this time.

**Offender Characteristics:**

Ms. Zepeda-Peone's current characteristics are unknown as she appears to be evading supervision.

**Statutory and Guideline Provisions:**

Pursuant to 18 U.S.C. § 3583(e)(3), the Court may revoke a term of supervised release, and require the defendant to serve in prison all or part of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release, except that a defendant whose term is revoked under this paragraph may not be required to serve on any such revocation more than 5 years in prison if the offense that resulted in the term of supervised release is a class A felony, more than 3 years in prison if such offense is a class B felony, more than 2 years in prison if such offense is a class C or D felony, or more than 1 year in any other case.

Pursuant to 18 U.S.C. § 3583(h), when a term of supervised release is revoked and the defendant is required to serve a term of imprisonment, the Court may include a requirement that the defendant be placed on a term of supervised release after imprisonment. The length of such a term of supervised release shall not exceed the term of supervised release authorized by statute for the offense that resulted in the original term of supervised release less any term of imprisonment that was imposed upon revocation of supervised release.

As a cost-containment measure, in March 2004, the Judicial Conference endorsed a non-binding policy that substantially restrains enhanced sentencing authority. This policy was incorporated in our agency's Monograph 109, *The Supervision of Federal Offenders:*

*Although it is statutorily permissible to impose a new term of supervised release in most post-April 30, 2003, cases, officers should ordinarily recommend a new supervised release sentence only when the prison time imposed for the current violation, plus any prison time imposed for a prior revocation(s) of this term of supervised release, is less than the maximum prison term set forth at 18 § 3583(e)(3).*

Re: Zepeda-Peone, Margaret Joyce
September 20, 2023
Page 3

If revoked, the following options are available for sentencing:

**Original Criminal History Category:** I
**Grade of Violation:** C
**Class of Offense:** Class C Felony

|  | **Statutory Provisions** | **Guideline Provisions** |
|---|---|---|
| **CUSTODY:** | Not more than 2 years | 3-9 months |
| **SUPERVISED RELEASE:** | 31 months minus custody imposed | 31 months minus custody imposed |

It is respectfully recommended that the Court issue a warrant requiring Margaret Zepeda-Peone to appear to answer to the allegation(s) in the attached petition.

Respectfully submitted,

Matthew L. Thompson
Chief U.S. Probation Officer


By: s/Jonathan C. Bot          09/20/2023
    Jonathan C. Bot                    Date
    U.S. Probation Officer

APPROVED BY:

s/Richard Law                    09/20/2023
Richard Law                              Date
Supervisory U.S. Probation Officer

CMM: