PROB 12C
(6/16)

Report Date: September 25, 2023

# United States District Court

### for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 26, 2023

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | | |
|---|---|---|
| Name of Offender: | Margaret Joyce Zepeda-Peone | Case Number: 0980 2:20CR00065-TOR-1 |
| Address of Offender: | | Spokane, WA |

Name of Sentencing Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 31, 2021

| | | |
|---|---|---|
| Original Offense: | Arson in Indian Country, 18 U.S.C. §§ 81, 1153 | |
| Original Sentence: | Prison - 18 months; TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence: (July 13, 2023) | Prison - 107 days; TSR - 32 months | |
| Revocation Sentence: (August 30, 2023) | Prison - 36 days; TSR - 31 months | |
| Asst. U.S. Attorney: | Molly Smith | Date Supervision Commenced: August 31, 2023 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: March 30, 2026 |

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/20/2023.

On September 5, 2023, the conditions of supervision were reviewed with Ms. Zepeda-Peone. She signed the judgment acknowledging an understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Special Condition #1**: You must complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay. |
| | **Supporting Evidence**: It is alleged Ms. Zepeda-Peone violated her conditions of supervised release by failing to attend her scheduled mental health assessment on September 19, 2023. |
| | Ms. Zepeda-Peone was scheduled for a mental health assessment with Robert Shepard on September 19, 2023. Mr. Shepard contacted this officer on September 19, 2023, informing this officer that Ms. Zepeda-Peone did not attend her assessment as instructed. |

Prob12C
**Re: Zepeda-Peone, Margaret Joyce**
**September 25, 2023**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  September 25, 2023

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]   Defendant to appear before the Judge assigned to the case.
[ ]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Thomas O. Rice
United States District Judge

September 26, 2023
Date