PROB 12C
(6/16)

Report Date: April 1, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Apr 02, 2026**

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Margaret Joyce Zepeda-Peone          Case Number: 0980 2:20CR00065-TOR-1

Address of Offender: ███████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: March 31, 2021

| | | |
|---|---|---|
| Original Offense: | Arson in Indian Country , 18 U.S.C. §§ 81, 1153 | |
| Original Sentence: | Prison - 18 months <br> TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence <br> July 13, 2023 | Prison - 107 days <br> TSR - 32 months | |
| Revocation Sentnece <br> August 30, 2023 | Prison - 36 days <br> TSR - 31 months | |
| Revocation Sentence <br> November 30, 2023 | Prison - 70 days <br> TSR - 28 months | |
| Revocation Sentence <br> February 4, 2026 | Prison - 45 days <br> TSR - 12 months | |
| Asst. U.S. Attorney: | Nowles Hayden Heinrich | Date Supervision Commenced: February 4, 2026 |
| Defense Attorney: | Brian P Whitaker | Date Supervision Expires: February 3, 2027 |

## PETITIONING THE COURT

To issue a **warrant**

On February 9, 2026, the conditions of supervision were reviewed with Ms. Zepeda-Peone relative her revocation judgement for case number 2:20CR00065-TOR-1

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. <br><br> **Supporting Evidence**: It is alleged Ms. Zepeda-Peone committed the following offense; Felony Harassment-Threats to Kill, in violation of R.C.W. 9A.46.020, on or around March 16, 2026. |

Prob12C
**Re: Zepeda-Peone, Margaret Joyce**
**April 1, 2026**
**Page 2**

The following is derived from a police report filed with the Colville Police Department, case number X2600860.

An officer was on patrol on March 16, 2026, in Colville, Washington, and received a call from dispatch regarding a threats call that had been taken. The reporting party was the Stevens County Superior Court Clerk and she received an email from Margaret Zepeda-Peone on that date which named a specific judge and included threats to kill. The email was titled " Federal Crimes Murder."

The email begins asking an unknown person the following: "So, you remember when Brandon West caught you and a Stevens County Superior Court Judge looking at court files together." Further down she wrote, " I can take you down..." She further says that " The Superior Court Judge  can get the death penalty for helping murder 240 million children on federal tribal land nobody is scared of these fake ass bikers lol chicken shits like the Judge and her officers..." And then she says " your weak ass women's group will be hunted down and executed....."

The Judge was aware of who Ms. Zepeda-Peone was from previous court cases but was unaware of any recent cases or rulings that may have upset her. Colville police officers suggested that the Judge seek a protection order due to the seriousness of the threats. This case was forwarded to the Stevens County Prosecutor's Office.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/01/2026

s/Corey M. McCain

Corey M. McCain
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[X]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    The incorporation of the violation(s) contained in this
         petition with the other violations pending before the
         Court.
[  ]    Defendant to appear before the Judge assigned to the
         case.
[  ]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Prob12C
**Re: Zepeda-Peone, Margaret Joyce**
**April 1, 2026**
**Page 3**

Signature of Judicial Officer

April 2, 2026

Date